

# IN THE
# TENTH COURT OF APPEALS

## No. 10-16-00180-CR

**JOSE FRANCISCO ESCAMILLA,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 66th District Court
### Hill County, Texas
### Trial Court No. 38,991

## MEMORANDUM OPINION

Appellant Jose Francisco Escamilla appeals from the trial court's interlocutory order denying his motion to suppress. The denial of a motion to suppress may not be appealed until after the final judgment is entered. *McKown v. State*, 915 S.W.2d 160, 161 (Tex. App.—Fort Worth 1996, no pet.); *see Apolinar v. State*, 820 S.W.2d 792, 794 (Tex. Crim. App. 1991) ("The courts of appeals do not have jurisdiction to review interlocutory orders unless that jurisdiction has been expressly granted by law."). Accordingly, we dismiss this appeal for want of jurisdiction. *See* TEX. R. APP. P. 43.2(f).

REX D. DAVIS
Justice

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Appeal dismissed
Opinion delivered and filed June 22, 2016
Do not publish
[CR25]

